|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REYNALDO D. VINLUAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIDELITY NATIONAL TITLE AND ESCROW COMPANY, a Washington corporation; UNITED PACIFIC MORTGAGE, d/b/a AVENTUS, INC., a Washington corporation; SAXON MORTGAGE SERVICE, INC., a Texas corporation, OCWEN LOAN SERVICING, a Florida corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE CERTIFICATES SERIES 2007-NC-3, a Delaware corporation; REGIONAL TRUSTEE SERVICE CORPORATION, a Washington corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-1289<br><br>NOTICE OF REMOVAL<br><br>**(Clerk's Action Required)**<br><br>(King County Case No.: 10-2-27688-2 SEA) |

TO:　　　　Clerk, United States District Court for the Western District of Washington

NOTICE OF REMOVAL – 1

**FIDELITY NATIONAL LAW GROUP**
**A Division of Fidelity National Title Group, Inc.**
1200 – 6ᵀᴴ AVENUE, SUITE 1900
SEATTLE, WA  98101
(206) 223-4525

Defendant Fidelity National Title And Escrow Company ("Fidelity") hereby Removes the captioned cause, originally filed in King County, Washington Superior Court, Case number 10-2-27688-2, to the United States District Court for the Western District of Washington. Fidelity Removes the case pursuant to 28 U.S.C. §1331 (federal question), and 28 U.S.C. §1441 and 1446, on the following grounds:

1. On July 29, 2010, Plaintiff REYNALDO D. VINLUAN filed this Complaint in King County, Washington Superior Court, Case number 10-2-27688-2-SEA. Fidelity became aware of the case on August 4, 2010 but has not been properly served.

2. This Notice of Removal is timely under 28 U.S.C. §1446(b) because it is within 30 days after Fidelity became aware of the case.

3. No other parties have appeared in this action, so consent to removal by other defendants is not necessary.

4. A copy of the Complaint and other documents filed in the state court action are attached to the Certificate of State Court Record, filed separately.  The Complaint alleges violations of federal statutes including the truth in Lending Act, 12 U.S.C. §1601 *et seq.* and the Fair Debt Collection Practices Act, 15 U.C.C. §1962 *et seq.* Plaintiff's claims arise under federal law and this court has jurisdiction pursuant to 28 U.S.C. §1331.

5. This Court has supplemental jurisdiction over the remaining state claims pursuant to 28 U.S.C. §1367 and §1441(c).

6. The case may be Removed pursuant to 28 U.S.C. §1441(b) and 1446.

NOTICE OF REMOVAL – 2

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 1900
SEATTLE, WA  98101
(206) 223-4525

7. The original case was filed in King County Superior Court. Accordingly, this case should be assigned to the United States District Court for the Western District of Washington, at Seattle, pursuant to 12 U.S.C. §632 and Local Rule 5(e)(1).

8. CTIC will promptly file a copy of this Notice with King County Superior Court and all parties.

9. Pursuant to 28 U.S.C. §1332 and 28 U.S.C. 1441(b), no further action may occur in the state court unless and until the action is remanded.

Wherefore, Defendant Fidelity respectfully gives notice that the above-entitled action is removed from the King County Washington Superior Court to the U.S. District Court for the Western District of Washington.

Dated: August 11, 2010

/s/ Matthew Cleverley
Matthew R. Cleverley, OSB #93235
Fidelity National Law Group
A Division of Fidelity National Title Group, Inc.
1200 – 6th Avenue, Suite 1900
Seattle, WA  98101
(206) 223-4525, ext. 103
Matthew.Cleverley@fnf.com
Attorney for Fidelity

NOTICE OF REMOVAL – 3

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 1900
SEATTLE, WA  98101
(206) 223-4525

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE OF REMOVAL on the following individuals in the manner indicated:

| | |
|---|---|
| Richard Llewelyn Jones | _X_  U.S. Mail, proper postage affixed |
| Richard Llewelyn Jones, P.S. | ___  Legal Messenger |
| 1050 112th Ave NE, Suite 230 | ___  Facsimile |
| Bellevue  WA  98004 | ___  Hand Delivery |

Dated: August 11, 2010            _/s/ Matthew Cleverley_____
                                  Matthew Cleverley

NOTICE OF REMOVAL – 4

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 1900
SEATTLE, WA  98101
(206) 223-4525