THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| REYNALDO D. VINLUAN, an individual, <br><br> Plaintiff <br><br> v. <br><br> FIDELITY NATIONAL TITLE AND ESCROW COMPANY, a Washington Corporation; UNITED PACIFIC MORTGAGE, d/b/a AVENTUS, INC., a Washington Corporation; SAXON MORTGAGE SERVICE, INC., a Texas Corporation; OCWEN LOAN SERVICING, a Florida Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NC-3, a Delaware Corporation; REGIONAL TRUSTEE SERVICE CORPORATION, a Washington Corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, <br><br> Defendants. | NO. 2:10-cv-01289-RSM <br><br> ORDER ON MOTION FOR REMAND <br><br> NOTE ON MOTION CALANDER: <br> September 3, 2010 |

ORDER ON MOTION FOR REMAND
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1       **THIS MATTER,** having come on regularly for hearing before the undersigned Judge of the

2  above-entitled Court upon presentation of Plaintiff's Motion for Remand; the Court having considered

3  said Motion and Defendants' response thereto, if any, now, therefore:

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion is hereby

4  granted and this matter shall be remanded to the King County Washington Superior Court, forthwith.

5

6       **DATED** this _____ day of August, 2010.

7

8                                   _____

9                                   RICARDO S. MARTINEZ
                                 United States District Judge

10

11

12

13  *Presented by:*

14  **RICHARD LLEWELYN JONES, P.S.**

15

16  Richard Llewelyn Jones, WSBA # 12904
     Attorney for Plaintiff

17

18

19

20

21

22

ORDER ON MOTION FOR REMAND
Page 2

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322