| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| REYNALDO VINLUAN,<br><br>      Plaintiff,<br><br>      v.<br><br>FIDELITY NATIONAL TITLE AND ESCROW COMPNAY, a Washington corporation; UNITED PACIFIC MORTGAGE d/b/a AVENTUS INC., a Washington corporation; SAXON MORTGAGE SERVICE, INC., a Texas corporation, OCWEN LOAN SERVICING, a Florida corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3, a Delaware Corporation; REGIONAL TRUSTEE SERVICES CORPORATION, a Washington Corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br>      Defendants. | NO.   2:10-cv-1289<br><br>NOTICE OF APPEARANCE |

TO:    CLERK OF THE COURT
          RICHARD LLEWELYN JONES
          MATTHEW RICK CLEVERLEY

NOTICE OF APPEARANCE - 1
60224-1699-JUD-1\Notice of Appearance

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

PLEASE TAKE NOTICE that Nicolas A. Daluiso and Phillip E. Brennenman of Robinson Tait, P.S., hereby appears in the above entitled action as attorney for Regional Trustee Services Corporation, defendants, without waiving the defenses of:

1. Lack of Jurisdiction over the Subject Matter;
2. Lack of Jurisdiction over the Person;
3. Improper Venue;
4. Insufficiency of Process;
5. Insufficiency of Service of Process;
6. Failure to State a Claim upon which Relief may be Granted;
7. Failure to Join a Party Under CR 19; and
8. Requirement to arbitrate disputes.

PLEASE ALSO TAKE NOTICE that all further papers and pleadings, except original process, should be served upon the undersigned at the address shown below.

DATED this 25th day of August, 2010.

/s/ Nicolas A. Daluiso
Nicolas A. Daluiso #23505
Phillip E. Brenneman, #9219
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle WA  98104
Telephone: (206) 676-9640
Facsimile: (206) 676-9659

NOTICE OF APPEARANCE - 2
60224-1699-JUD-1\Notice of Appearance

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA  98104
(206) 676-9640