1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REYNALDO VINLUAN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIDELITY NATIONAL TITLE AND ESCROW COMPNAY, a Washington corporation; UNITED PACIFIC MORTGAGE d/b/a AVENTUS INC., a Washington corporation; SAXON MORTGAGE SERVICE, INC., a Texas corporation, OCWEN LOAN SERVICING, a Florida corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3, a Delaware Corporation; REGIONAL TRUSTEE SERVICES CORPORATION, a Washington Corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br>　　　　Defendants. | NO.　　2:10-cv-1289<br><br>PROOF OF SERVICE |

　　　Elle Swindell, declares that she is a citizen of the United States, over the age of 21 years, and competent to be a witness herein. That on August 25, 2010, she, in compliance with the notification

PROOF OF SERVICE
60224-1699-JUD-1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

| | |
|---|---|
| 1 | requirements pursuant to the laws of the State of Washington, caused to be deposited in the United |
| 2 | States Mail and postage prepaid, copies of the following: |
| 3 4 | NOTICE OF APPEARANCE |
| 5 | addressed as follows: |
| 6 | Richard Llewelyn Jones |
| 7 | 2050 112th Ave NE<br>Ste. 230 |
| 8 | Bellevue, WA 98004 |
| 9 | Matthew Rick Cleverly |
| 10 | Fidelity National Law Group<br>A Division of Fidelity National Group Inc |
| 11 | 1200 6th Avenue, Ste 1900<br>Seattle, WA 98101 |
| 12 | |
| 13 | |
| 14 | DATED on August 25, 2010. |
| 15 | /s/ Elle Swindell<br>Elle Swindell |

PROOF OF SERVICE
60224-1699-JUD-1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640