UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REYNALDO D. VINLUAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE AND ESCROW COMPANY, a Washington Corporation; UNITED PACIFIC MORTGAGE, d/b/a AVENTUS, INC., a Washington Corporation; SAXON MORTGAGE SERVICE, INC., a Texas Corporation; OCWEN LOAN SERVICING, a Florida Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR REGISTERED HOLDERS OF MORGAN STANELY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGE PASS-THROUGH CERTIFICATES SERIES 2007-NC-3, a Delaware Corporation, REGIONAL TRUSTEE SERVICE CORPORATION, a Washington Corporation, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:10-cv-01289-RSM<br><br>Hon: Ricardo S. Martinez<br><br>**NOTICE OF APPEARANCE OF OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

| | |
|---|---|
| Ocwen Loan Servicing, LLC; Deutsche Bank National Trust Company as Trustee of Morgan Stanley ABS Capital, Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates Series 2007-NC-3; and Mortgage Electronic Registration Systems, Inc.'s Notice of Appearance | Robert W. Norman, Jr. (SBN 37094)<br>Houser & Allison, APC<br>9970 Research Drive<br>Irvine, CA92618<br>PH: (949) 679-1111<br>FAX: (949) 679-1112 |

1  TO:   THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST

2  **PLEASE TAKE NOTICE** that Robert W. Norman, Jr., of Houser & Allison, APC,

3  without waving defenses of lack of subject matter or personal jurisdiction, improper venue,

4  insufficiency of service of process, or any other valid defense, hereby appears for Defendants

5  OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY as

6  Trustee of Morgan Stanley ABS Capital, Inc. Trust 2007-NC3 Mortgage Pass-Through

7  Certificates Series 2007-NC-3, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

8  INC., and requests that all further papers and pleadings, except original process, be served upon

9  him at the address shown below.

10

11  Dated: <u>August 27, 2010</u>                    **HOUSER & ALLISON**
                                                      A Professional Corporation

12

13                                                   <u>/s/ Robert W. Norman, Jr.</u>
                                                      Robert W. Norman, Jr.
14                                                    Attorneys for Defendants OCWEN LOAN
                                                      SERVICING, LLC; DEUTSCHE BANK
15                                                    NATIONAL TRUST COMPANY as
                                                      Trustee of Morgan Stanley ABS Capital,
16                                                    Inc. Trust 2007-NC3 Mortgage Pass-
                                                      Through Certificates Series 2007-NC-3,
17                                                    and MORTGAGE ELECTRONIC
                                                      REGISTRATION SYSTEMS, INC.
18

19

20

21

22

23

24
___
25  Ocwen Loan Servicing, LLC; Deutsche            Robert W. Norman, Jr. (SBN 37094)
    Bank National Trust Company as Trustee                       Houser & Allison, APC
26  of Morgan Stanley ABS Capital, Inc. Trust                       9970 Research Drive
    2007-NC3 Mortgage Pass-Through                                   Irvine, CA92618
27  Certificates Series 2007-NC-3; and                            PH: (949) 679-1111
    Mortgage Electronic Registration Systems,                     FAX: (949) 679-1112
28  Inc. Notice of Appearance

1

# DECLARATION OF SERVICE

The undersigned declares as follows:

On August 27, 2010, I transmitted the foregoing document on the following individual electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed below:

Richard Llewelyn Jones, Esq.
Richard Llewelyn Jones, P.S.
2050 112th Ave., NE, Suite 230
Bellevue, WA  98004
Tel.:  (425) 462-7322
Email: rlj@richardjoneslaw.com
*Attorneys for Plaintiff*

Matthew Rick Cleverley
Fidelity National Law Group
1200 6th Avenue, Suite 1900
Seattle, WA  98101
Tel.:    (206) 223-4525
Email:  Matthew.Cleverley@fnf.com

/s/ Richard Mendizábal
Richard Mendizábal

| | |
|---|---|
| Ocwen Loan Servicing, LLC; Deutsche Bank National Trust Company as Trustee of Morgan Stanley ABS Capital, Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates Series 2007-NC-3; and Mortgage Electronic Registration Systems, Inc. Notice of Appearance | Robert W. Norman, Jr. (SBN 37094) Houser & Allison, APC 9970 Research Drive Irvine, CA92618 PH: (949) 679-1111 FAX: (949) 679-1112 |

2