1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| REYNALDO D. VINLUAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE AND ESCROW COMPANY, a Washington Corporation; UNITED PACIFIC MORTGAGE d/b/a AVENTUS, INC., a Washington Corporation; SAXON MORTGAGE SERVICE, INC., a Texas Corporation; OCWEN LOAN SERVICING, a Florida corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NC3, a Delaware Corporation; REGIONAL TRUSTEE SERVICE CORPORATION, a Washington Corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:10-cv-1289<br><br>NOTICE OF APPEARANCE ON BEHALF OF SAXON MORTGAGE SERVICES, INC. |

PLEASE TAKE NOTICE that Rochelle L. Stanford and Eric A. Marshack of PITE DUNCAN, LLP, without waiver of defenses, hereby enter their appearances as counsel of

NOTICE OF APPEARANCE ON BEHALF OF SAXON MORTGAGE SERVICES, INC.
Page 1
2136865.wpd

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-7600

1  record for Defendant Saxon Mortgage Services, Inc. in the above entitled case and requests
2  that they be copied on all notices and pleadings filed in this matter.

3                                           PITE DUNCAN, LLP

5  Dated: *9/1/10*                 By: *s/s Rochelle L. Stanford*
                                        Rochelle L. Stanford, WSBA #38690
6                                       Lead Attorney
                                        Eric A. Marshack, WSBA #41580
7                                       14510 NE 20th Street, Suite 203
                                        Bellevue, WA 98007
8                                       619-326-2404
                                        Rstanford@piteduncan.com

                                        Of Attorneys for Defendant
10                                      SAXON MORTGAGE SERVICES, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on September 2, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Llewelyn Jones
2050 112th Avenue NE, Suite 230
Bellevue, WA 98004

Matthew Rick Cleverley
Fidelity National Law Group
1200 6th Avenue, Suite 1900
Seattle, WA 98101

Robert W. Norman, Jr.
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618

Nicolas A. Dalusio
Phillip Eugene Brenneman
Robinson Tait
710 Second Avenue, Suite 710
Seattle, WA 98104

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September 2010, at San Diego, California.

/s/ Lisa Clark
_____
LISA CLARK

2137925.wpd