**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
700 STEWART ST., LOBBY LEVEL
SEATTLE, WASHINGTON 98101

WILLIAM M. McCOOL
CLERK

October 5, 2010

Clerk, King County Superior Court
516 3rd Avenue, E-609
Seattle, WA 98104

RE: Vinluan vs. Fidelity National Title and Escrow Co., CV10-1289 RSM
King County Superior Court, 10-2-27688-2 SEA

Dear Clerk:

Please find enclosed the certified copy of Judge Ricardo S. Martinez's Order remanding this case to state court in the above indicated cause. **A CD of this case file will be forwarded to you in 14 days.**

Please return the copy of this cover letter with the following information:

Superior Court Case No:   _10-2-27688-2 SEA_

Assigned to Judge:        _____

Completed by Deputy Clerk:  _____

Sincerely,

Tim Farrell, Deputy Clerk

10-CV-01289-AF