**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

WILLIAM M. McCOOL
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8400

October 20, 2010



Clerk of the Court, King Couty Superior Court
516 3rd Avenue, E-609
Seattle, WA 98104

RE:   Vinluan vs. Fidelity Natinal Title and Escrow, CV10-1289 RSM
      King County Superior Court, 10-2-27688-2 SEA

Dear Clerk:

Enclosed is the above-referenced case file, on cd, along with a certified copy of Ricardo S Martinez's Order remanding this case to state court.

Please return the copy of this cover letter with the following information:

Superior Court Case No:   10-2-27688-2 SEA

Assigned to Judge:   Hon. Jim Rogers, Dept. 45

Completed by Deputy Clerk:   [signature]

Sincerely,

Tim Farrell, Deputy Clerk

Enclosures

cc:  Court file, counsel

**10-CV-01289-PLAGR**